IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK RYLAND DOWDY,** ) | Civil Action No. 7:12-cv-00041 | |
| Plaintiff, ) | | |
| ) | | |
| **v.** ) | **ORDER** | |
| ) | | |
| **LOUISA COUNTY, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Rule 4(m), Fed. R. Civ. P., and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

       Entered: June 29, 2012

       /s/ Michael F. Urbanski

       Michael F. Urbanski
       United States District Judge